456 A.2d 987

## HALLSTROM DEVELOPMENT COMPANY

v.

Asbury W. LEE, IV, Carolyn B. Lee, H.R. Obleman, Gloria W. Obleman, Dr. Roger Hughes, and Pauline L. Hughes, Appellants.

Supreme Court of Pennsylvania.

Argued March 8, 1983.

Decided March 17, 1983.

344

Carl A. Belin, Jr., Belin, Belin & Naddeo, Clearfield, for appellants.

Anthony S. Guido, DuBois, for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM:

The order of the Superior Court 304 Pa.Super. 230, 450 A.2d 655 is modified to affirm the order of the Court of Common Pleas of Clearfield County sustaining the preliminary objections of Carolyn B. Lee and Gloria W. Obleman. As modified, the order of the Superior Court is affirmed.

LARSEN, J., dissents.